[Cite as *Lanier v. Battle*, 2020-Ohio-1251.]

IN THE COURT OF APPEALS OF OHIO

TENTH APPELLATE DISTRICT

| | | |
|---|---|---|
| Crystal Lanier, | : | |
| Plaintiff-Appellant, | : | |
| | | No. 19AP-678 |
| v. | : | (C.P.C. No. 19DV-1865) |
| Thomas P. Battle, | : | (ACCELERATED CALENDAR) |
| Defendant-Appellee. | : | |

D E C I S I O N

Rendered on March 31, 2020

**On brief:** *Crystal Lanier*, pro se.

APPEAL from the Franklin County Court of Common Pleas

DORRIAN, J.

{¶ 1} Pursuant to Ohio Evid.R. 201, this court takes judicial notice of the death of appellee, Thomas P. Battle, as reported in the Columbus Dispatch on November 8, 2019.

{¶ 2} Accordingly, this appeal is dismissed as moot.

*Appeal dismissed.*

LUPER SCHUSTER and NELSON, JJ., concur.